STATE of Missouri, Respondent,

v.

David Roy RIGGS, Appellant.

No. WD 39615.

Missouri Court of Appeals,
Western District.

March 1, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 1988.

Application to Transfer Denied
June 14, 1988.

Zachary T. Cartwright, California, for appellant.

John W. Inglish, Asst. Pros. Atty., California, for respondent.

Before LOWENSTEIN, P.J., and
MANFORD and NUGENT, JJ.

### ORDER

PER CURIAM:

Direct appeal from a conviction for resisting arrest, in violation of § 575.150,
RSMo 1986.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Ronald I. MITCHELL, Appellant.

No. WD 38780.

Missouri Court of Appeals,
Western District.

March 8, 1988.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 3, 1988.

Susan L. Hogan, Columbia, for appellant.

William L. Webster, Atty. Gen., Breck K.
Burgess, Asst. Atty. Gen., Jefferson City,
for respondent.

Before COVINGTON, P.J., and
SHANGLER and TURNAGE, JJ.

### ORDER

PER CURIAM:

Appeal from trial court conviction of robbery in the first degree, § 569.020, RSMo
1986, and armed criminal action, § 571.015,
RSMo 1986.

Affirmed. Rule 30.25(b).